UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | Case No. 2:09-md-2009-SHM |
| J. Timothy Francis, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Morgan Keegan & Co., Inc., et al. <br><br> Defendants. | Case No. 2:10-cv-02641-SHM-DKV <br><br> *(Transferred from U.S. District Court for the Northern District of Alabama, Civil Action No. 2:10-cv-01624-SLB)* |

## DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs J. Timothy Francis, Frances N. Francis, and James L. North, and hereby dismiss this matter with prejudice in its entirety.

Dated this 21st day of February, 2014.

Respectfully submitted,

*/s/ John Q. Somerville*
John Q. Somerville, Esq.
GALLOWAY & SOMERVILLE, LLC
11 OAK STREET
BIRMINGHAM, AL 35213
***Attorney for Plaintiffs J. Timothy Francis, Frances N. Francis, and James L. North***

## CERTIFICATE OF SERVICE

I hereby certify that on ~~January~~ *February 21*, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *John O. Somerville*
Of Counsel